■ ROBERT L. METIVIER et al., Respondents, v LAURENCE S. SARANDREA, JR., Individually and Doing Business as "S" CONSTRUCTION Co., Appellant.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Shaheen, J. (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Discharge Mechanic's Lien.) Present—Green, J. P., Lawton, Boehm, Fallon and Davis, JJ. *[See,* 154 Misc 2d 355.]